UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

*(Electronically Filed)*

| | |
|---|---|
| JONATHON L. ANDERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:12-cv-00420-PPS-RBC |
| ) | |
| FAMILY DOLLAR SERVICES, INC. ) | |
| ) | |
| and ) | |
| ) | |
| PROGRESSIVE LOGISTICS SERVICES, ) | |
| LLC, ) | |
| ) | |
| and ) | |
| ) | |
| LMS INTELLIBOUND, LLC, ) | |
| ) | |
| Defendants. ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Jonathon L. Anderson, and Defendants, LMS Intellibound, LLC, Progressive Logistics Services, LLC, and Family Dollar Services, Inc., by and through counsel, give notice that the parties have resolved the above-captioned cause of action and that they stipulate and agree to dismissal of said cause of action with prejudice. The parties have agreed that each party shall bear its own costs. A proposed Order is submitted herewith.

Respectfully submitted, this 24th day of January, 2013,

| | |
|---|---|
| */s/ Ilene M. Smith (with permission)* | */s/ Emily N. Litzinger* |
| Christopher C. Myers | Todd B. Logsdon |
| Ilene M. Smith | Emily N. Litzinger |
| Nathan D. Hougatt | FISHER & PHILLIPS LLP |
| CHRISTOPHER C. MYERS & ASSOCIATES | 220 West Main Street, Suite 2000 |
| 809 South Calhoun Street, Suite 400 | Louisville, Kentucky  40202 |
| Fort Wayne, Indiana 46802 | Phone:  (502) 561-3990 |
| cmyers@myers-law.com | Fax:  (502) 561-3991 |
| ismith@myers-law.com | tlogsdon@laborlawyers.com |
| nhougatt@myers-law.com | elitzinger@laborlawyers.com |
| | |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANTS, PROGRESSIVE LOGISTICS SERVICES, LLC AND LMS INTELLIBOUND, LLC |

*/s/ Brian L. Mosby (with permission)*
Brian L. Mosby
LITTLER MENDELSON, P.C.
111 Monument Circle, Suite 702
Indianapolis, Indiana 46204
bmosby@littler.com

COUNSEL FOR DEFENDANT, FAMILY DOLLAR SERVICES, INC